THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dwight
 Fitzgerald Sullivan, Appellant.
 
 
 

Appeal From Laurens County
 William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2007-UP-508
Submitted October 1, 2007  Filed October
 30, 2007
APPEAL DISMISSED

 
 
 
 Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER
 CURIAM:  Dwight Fitzgerald Sullivan was found guilty of two counts of murder,
 first-degree burglary, and possession of a firearm during the commission of a
 violent crime.  He was sentenced to two life sentences and thirty years
 imprisonment to run consecutively.  On appeal, Sullivan argues the trial judge
 gave an erroneous charge for voluntary manslaughter.  This argument is without
 merit as appellant voiced no objections at the trial.  See State v. Adams, 354 S.C. 361, 380, 580 S.E.2d 785, 795
 (Ct. App. 2003) (Arguments not raised to or ruled upon by the trial court are
 not preserved for appellate review.).  Sullivan has filed a pro se brief.
After a thorough
 review of the record pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 hold there are no directly appealable issues that are arguable on their
 merits.  Accordingly, we dismiss this appeal and grant counsels petition to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.